■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SANTANA, Also Known as LUIS PEREZ, Appellant. — Judgment, Supreme Court, New York County (B. Roberts, J.), rendered on February 6, 1980, unanimously affirmed. The appellant's counsel's motion to withdraw is denied. No opinion. Concur — Sandler, J. P., Silverman, Bloom, Lynch and Asch, JJ.

■ RAUL INTERNATIONAL, INC., et al., Respondents, v CLAUDE RIZK et al., Appellants, et al., Defendant. — Order, Supreme Court, New York County (M. Evans, J.), entered on January 12, 1982, unanimously affirmed. Respondents shall recover of appellants one bill of $50 costs and disbursements of this appeal. The appeal from the orders of said court entered on October 27, 1981 and December 17, 1981 are dismissed as said orders have been superseded by the order entered on January 12, 1982, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK AMBROSIO, Appellant. — Judgment, Supreme Court, New York County (McGinley, J.), rendered on August 13, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE SINGLETON, Appellant. — Judgment, Supreme Court, New York County (B. Roberts, J.), rendered on September 30, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Markewich, Lupiano, Bloom and Asch, JJ.

■ HUDSON VIEW PROPERTIES v JULIA M. WEISS et al. — Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Ross, Carro and Silverman, JJ.